UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE
    Sonya Ann Kiskaden
DEBTOR(S)                                                        CASE NUMBER 07-52267 WSH

## ORDER TO PAY ADMINISTRATIVE EXPENSE

      It appearing there are no objections to payment by the trustee of administrative expenses as set out in the application of the trustee dated September 9, 2008, the application should be and hereby is approved.  The trustee is authorized to pay administrative expenses as set out in the application, specifically to Jeffrey Pratt the sum of $1,175.92 as one-half of the net proceeds of the sale of the 2004 Chevy Trailblazer.

Copies to:

Stephen Palmer, Trustee (to serve on the below-listed, electronically or by first class mail)
Anna C. Johnson; Post Office Box 662; 417 High Street; Paris, KY 40361
John L. Daugherty; 500 Community Trust Building; 100 East Vine Street; Lexington, KY 40507

Pursuant to Local Rule 9022-1(c), Stephen Palmer shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Tuesday, September 09, 2008**
(jms)